# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-4392

_____

David William Engstrom

*Plaintiff - Appellant*

v.

Doc Holladay, Sheriff, Pulaski County Sheriff's Office; Randy Morgan, Jail Administrator, Pulaski County Sheriff's Office; Bobbie Townsend, Captain, Pulaski County Sheriff's Office (originally named as Townsend)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: December 7, 2017
Filed: January 2, 2018
[Unpublished]

_____

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

David Engstrom appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action, which alleged that his constitutional rights were violated in pretrial detention after another detainee signed him up to fast during Ramadan. Having reviewed the record and the parties' arguments on appeal, we find no error warranting reversal. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review). The judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the recommendation of the Honorable Beth Deere, United Stages Magistrate Judge for the Eastern District of Arkansas.